**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00178-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DANIEL LASSITER,

      Defendant.

---

**MINUTE ORDER**[1]

---

On **January 18, 2011**, at 2:30 p.m., the court will conduct a Hearing on Supervised Release Violation, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

Dated:  December 20, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.