**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00178-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL LASSITER,

    Defendant.

## MINUTE ORDER[1]

On June 27, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing for this defendant. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **November 14, 2013**, commencing at 9:00 a.m., the court shall conduct the revocation of supervised release hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 27, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.